DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES M. ARSENAULT,**
Appellant,

v.

**TOWN OF JUPITER,**
Appellee.

No. 4D2024-2902

[September 8, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine D. Cheesman, Judge; L.T. Case No. 502024CA001767.

Edward A. Buchanan of Block & Scarpa, Vero Beach, for appellant.

Lyman H. Reynolds and James R. Jimenez of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

James M. Arsenault appeals the circuit court's "Order On Defendant, Town of Jupiter's, Motion to Dismiss Plaintiff's Complaint." We reverse because the circuit court dismissed the complaint with prejudice based on an unpled affirmative defense without affording the plaintiff an opportunity to amend. *See, e.g.*, *Sanchez v. Mercy Hosp.*, 386 So. 2d 42, 43 (Fla. 3d DCA 1980). On remand, the plaintiff shall be afforded an opportunity to file an amended complaint.

*Reversed and remanded.*

KUNTZ, C.J., GROSS and ARTAU, JJ., concur.

\*          \*          \*

**Not final until disposition of timely filed motion for rehearing.**